In the Matter of JOHN BURKE, Appellant, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, et al., Respondents. EUSTACE SELIGMAN et al., Interveners, Appellants.

(Argued July 3, 1934; decided July 3, 1934.)

*Samuel D. Smoleff* and *William M. Chadbourne* for petitioner and William J. Schieffelin, as chairman of Citizens Union of the City of New York, appellants.

*Walter M. Weis* for Eustace Seligman, as treasurer of the City Fusion Party, appellant.

*William J. O'Shea, Jr.,* for Michael J. Cruise, as Clerk of the City of New York, respondent.

*George W. Whiteside, J. Arthur Leve, John T. Dooling, Edward Ward McMahon, Seymour Mork, Theodore J. Groh, Charles W. Froessel* and *Charles Mulligan, Jr.,* for David H. Knott, as chairman of the New York County Democratic Committee et al., respondents.

213

*Matthew M. Levy* for Socialist party of the city of New York, respondent.

*Per Curiam.* In the light of fuller experience the distinction drawn by this court in *People ex rel. Ward* v. *Scheu* (167 N. Y. 292) between vacancies in offices created by the Constitution and vacancies in other city offices has proven impracticable. Inroads into the rule of that case create constant doubt. We now hold that article X, section 5, of the Constitution applies to all elective city offices.

The order should be affirmed without costs.

POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ., concur.

Order affirmed.